**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TERESITA MAKANAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:18-CV-659-ALM-KPJ |
| § | |
| THOMSON REUTERS (TAX & § | |
| ACCOUNTING) INC., § | |
| § | |
| Defendant. § | |

## ORDER

On July 30, 2019, the parties filed a Joint Motion for Approval of Settlement (the "Motion") (Dkt. 36).

**IT IS HEREBY ORDERED** that counsel for parties shall appear telephonically on **Thursday, August 29, 2019, at 1:00 p.m.**, to resolve any final settlement issues before the Court. The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 12:55 p.m.

**IT IS SO ORDERED**.

**SIGNED** this 20th day of August, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE