# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TERESITA MAKANAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-CV-659-ALM-KPJ |
| | § | |
| THOMSON REUTERS (TAX & ACCOUNTING) INC., | § § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The parties submitted the proposed settlement agreement (the "Settlement Agreement") under seal for review and the Magistrate Judge held a hearing on August 29, 2019, to determine if the Settlement Agreement should be approved (Dkts. #39, #42). On August 30, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #43) that the Joint Motion for Approval of Settlement (the "Joint Motion") (Dkt. #36) be **GRANTED**.

Having received the Report of the United States Magistrate Judge, and the parties having waived the objection period, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Joint Motion for Approval of Settlement (Dkt. #36) is **GRANTED**. The Settlement Agreement is **APPROVED**.[1]

---

[1] Though Defendants are jointly represented in this matter, the Motion was brought by Plaintiff Teresita Makanas and Defendant Thomson Reuters (Tax & Accounting) Inc. alone. The Motion indicates, however, that the Settlement Agreement resolves all claims, including claims asserted against individual Defendant Alecha Stackle (Dkt. #36 at 1).

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 20th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE